IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

PATRICK L. SHERMAN
ADC #96304                                                                                               PLAINTIFF

V.                                          2:06CV000173 JTR

GREG HARMON, Warden,
East Arkansas Regional Unit, et al.                                                         DEFENDANTS

# JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's November 30, 2006 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 4th day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE